**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
WEI GAO,
ZHENKAI SUN,
YANGYANG GAO, and
CHARLES CHIPENGULE,
*individually and on behalf of others similarly situated,*

                              Plaintiffs,        Case No. 1:16-cv-04840-RPK-LB

                    v.                               **NOTICE OF PLAINTIFFS'**
                                                             **MOTION FOR ATTORNEY**
SUSHI FUSSION EXPRESS, INC.                     **FEES AND COSTS**
      d/b/a Sushi Fussion,
SUSHI FUSSION LLC
      d/b/a Sushi Fussion,
SUSHI FUSSION OF KINGS HWY, INC.
      d/b/a Sushi Fussion,
SUSHI FUSSION FIVETOWN, INC.
      d/b/a Sushi Fussion,
SUSHI FUSSION OF 47TH STREET, INC.
      d/b/a Sushi Fussion,
SUSHI FUSSION OF FOREST HILLS, INC.
      d/b/a Sushi Fussion,
SUSHI FUSSION OF NYC, INC.
      d/b/a Sushi Fussion,
HIBACHI EXPRESS MAIN ST. INC.
      d/b/a Hibachi Express,
MICHAEL M. YAGUDAEV,
LEVA KATANOV,
LEVI KATANOV, and
LEO KATANOV,
                              Defendants.
-------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that upon the Decalration of John Troy, Plaintiffs Memorandum of Law and all prior papers and proceedings herein, Plaintiff hereby move this Court before the Honorable RACHEL P. KOVNER, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, for an award of attorneys' fees and costs pursuant to 29 U.S.C. § 216(b) and N.Y. C.L.S. Labor §§ 198(1-a), 633(1).

       .

Dated: December 23, 2021
      Flushing, NY

                                      Respectfully submitted,
                                      TROY LAW, PLLC

                                      /s/ John Troy
                                      John Troy, Esq.
                                      41-25 Kissena Boulevard, Suite 119
                                      Flushing, NY 11355
                                      Tel: (718) 762-1324
                                      troylaw@troypllc.com
                                      *Attorneys for Plaintiffs*