AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Sun et al. *Plaintiff* v. Sushi Fussion Express, Inc. et al. *Defendant* | ) ) ) )  Civil Action No. 16-CV-4840-RPK-LB ) ) |

*\* Sushi Fussion of Forest Hills Inc; Sushi Fussion of NYC, Inc.*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Yangyang Gao _____ recover from the defendant *(name)* Leva Katanov; Sushi Fussion LLC; Sushi Fussion of 47th Street, Inc. * the amount of Two Hundred Sixty One Thousand Seven Hundred Forty Four and 64/100 dollars ($261,744.64), which includes prejudgment interest at the rate of 9.00 %, plus post judgment interest at the rate of 1.96 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Kovner _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

BRENNA B. MAHONEY
Date: 4/28/2022
*CLERK OF COURT*

s/ Aaron I. Herrera
*Signature of Clerk or Deputy Clerk*