**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
WEI GAO,
ZHENKAI SUN,
YANGYANG GAO
    a/k/a Eddie Gao, and
CHARLES CHIPENGULE,
*individually and on behalf of others similarly situated,*

                               Plaintiffs,        Case No. 16-cv-04840 (RPK) (LB)

          v.        **NOTICE OF APPEAL**

SUSHI FUSSION EXPRESS, INC.
    d/b/a Sushi Fussion,
SUSHI FUSSION LLC
    d/b/a Sushi Fussion,
SUSHI FUSSION OF KINGS HWY, INC.
    d/b/a Sushi Fussion,
SUSHI FUSSION FIVETOWN, INC.
    d/b/a Sushi Fussion,
SUSHI FUSSION OF 47TH STREET, INC.
    d/b/a Sushi Fussion,
SUSHI FUSSION OF FOREST HILLS, INC.
    d/b/a Sushi Fussion,
SUSHI FUSSION OF NYC, INC.
    d/b/a Sushi Fussion,
HIBACHI EXPRESS MAIN ST. INC.
    d/b/a Hibachi Express,
MICHAEL M. YAGUDAEV, and
LEVA KATANOV
    a/k/a Levi Katanov
    a/k/a Leo Katanov,
                               Defendants.
-----------------------------------------------------------------x

    **NOTICE IS HEREBY GIVEN** that the following parties: WEI GAO, ZHENKAI SUN, YANGYANG GAO a/k/a Eddie Gao, and CHARLES CHIPENGULE in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the Memorandum and Order of June 17, 2022 amending the Judgment in the above-captioned case to award $37,315.85 in attorneys' fees and $2,054.10 in costs.

Dated: Flushing, NY
      July 17, 2022

                                Troy Law, PLLC

                                */s/ John Troy*
                                John Troy
                                Aaron B. Schweitzer
                                41-25 Kissena Boulevard
                                Suite 103
                                Flushing, NY 11355
                                (718) 762-1324
                                troypllc.com
                                *Attorneys for Plaintiffs*